IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AHERN RENTALS, INC.,

    Plaintiff,

No. CIV S-12-02343 KJM-KJN

vs.

916 ELECTRIC, INC., a California corporation; *et al.*,

    Defendants.

ORDER

/

    The court is in receipt of WPCS International Inc.'s motion to dismiss. (ECF 47). Plaintiff and WPCS International Inc. are hereby ordered to file supplemental briefing no later than fourteen days from the date of this order, limited to 10 pages each, addressing only whether California or Nevada law applies to plaintiffs' state law claims.

    IT IS SO ORDERED.

DATED: December 20, 2012.

UNITED STATES DISTRICT JUDGE

1